UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEE VOSS, on behalf of himself and all others similarly situated and derivatively on behalf of MARVELL TECHNOLOGY GROUP, LTD.,<br><br>Plaintiff,<br>v.<br><br>SEHAT SUTARDJA, JUERGEN GROMER, JOHN G. KASSAKIAN, ARTURO KRUEGER, RANDHIR THAKUR, PANTAS SUTARDJA, WEILIE DAI, and DOES 1-20,<br><br>Defendants,<br><br>– and –<br><br>MARVELL TECHNOLOGY GROUP, LTD.,<br><br>Nominal Defendant. | Case Nos.: 14-CV-01581-LHK;<br>14-CV-02523-LHK<br><br><br>ORDER RE: PENDING MOTION TO CONSOLIDATE CASES AND APPOINT LEAD COUNSEL |

| | |
|---|---|
| SEBASTIANO D'ARRIGO, on behalf of himself and all others similarly situated and derivatively on behalf of MARVELL TECHNOLOGY GROUP, LTD., | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) |
| SEHAT SUTARDJA, JUERGEN GROMER, JOHN G. KASSAKIAN, ARTURO KRUEGER, RANDHIR THAKUR, PANTAS SUTARDJA, WEILIE DAI, and DOES 1-20, | )<br>)<br>)<br>) |
| Defendants, | ) |
| – and – | ) |
| MARVELL TECHNOLOGY GROUP, LTD., | ) |
| Nominal Defendant. | ) |

In these related actions, Plaintiffs Lee Voss and Sebastiano D'Arrigo ("Plaintiffs") have filed a Motion to Consolidate Cases and Appoint Lead Counsel. ECF No. 23. This motion is currently set for hearing September 25, 2014. *Id.* Plaintiffs and Defendants have also filed a Stipulation to Consolidate Cases, in which the parties stipulate to consolidating the *Voss* and *D'Arrigo* actions and also request that the Court (1) rule on Plaintiffs' motion to appoint lead counsel and (2) set a new deadline for Defendants to respond to Plaintiffs' complaint. ECF No. 29.

In light of the parties' stipulation to consolidate the *Voss* and *D'Arrigo* actions, and the Court's conclusion that the actions should be consolidated for all purposes, the Court hereby GRANTS Plaintiffs' motion for consolidation. The Court will consider the remaining issues set forth in Plaintiffs' motion and the parties' stipulation at the Case Management Conference in the consolidated *Voss* action that is scheduled to take place on August 6, 2014, at 2:00 PM. ECF No. 10. As Defendants' deadline to respond to the complaint in the *Voss* action is currently set for July 23, 2014, *see* ECF No. 12, the Court hereby extends Defendants' deadline to respond to the *Voss* action until after August 6, 2014, with the precise deadline to be determined at the August 6 Case Management Conference.

**IT IS SO ORDERED.**

Dated: July 16, 2014

_____
LUCY H. KOH
United States District Judge