**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEE VOSS, on behalf of himself and all others similarly situated and derivatively on behalf of MARVELL TECHNOLOGY GROUP, LTD.,<br><br>Plaintiff,<br>v.<br><br>SEHAT SUTARDJA, et al.,<br><br>Defendants. | Case Nos.: 14-CV-01581-LHK<br>14-CV-02523-LHK<br>14-CV-03214-LHK<br><br><br>CASE MANAGEMENT ORDER |
| SEBASTIANO D'ARRIGO, on behalf of themselves and all others similarly situated and derivatively on behalf of MARVELL TECHNOLOGY GROUP, LTD.,<br><br>Plaintiffs,<br>v.<br><br>SEHAT SUTARDJA, et al.,<br><br>Defendants. | |

|   |
|---|
| JAMES DIBIASE and MARIE DIBIASE, on behalf of himself and all others similarly situated and derivatively on behalf of MARVELL TECHNOLOGY GROUP, LTD., |
| Plaintiff, |
| v. |
| SEHAT SUTARDJA, et al., |
| Defendants. |

Plaintiffs' Attorneys: Francis Bottini and Christopher Heffelfinger for Plaintiffs Voss and D'Arrigo; Rusty Glenn for Plaintiffs James and Marie DiBiase
Defendants' Attorneys: Harry Olivar; Valerie Roddy

A case management conference was held on August 6, 2014, at 2:00 p.m. A further case management conference is set for November 20, 2014, at 1:30 p.m.

The Court GRANTED a Motion to Consolidate the *DiBiase* action (No. 14-3214) with the *Voss* (No. 14-1581) and *D'Arrigo* (No. 14-2523) actions. Plaintiffs shall file a Consolidated Amended Complaint by August 15, 2014.

The Court GRANTED Plaintiffs' Motion to Appoint Francis Bottini of the law firm of Bottini & Bottini, Inc. as lead counsel. Bornstein & Bornstein shall file a motion to withdraw as counsel by August 8, 2014. Lead counsel shall assign work to authorized plaintiffs' counsel in the most efficient manner possible. All counsel shall bill their time contemporaneously. Lead counsel shall review the bills monthly and strike any duplicative or inefficient time entries.

Defendants shall file a Motion to Dismiss by September 4, 2014. Plaintiffs' Opposition is due by October 16, 2014, and Defendants' Reply is due by October 30, 2014. The Court will hold a hearing on the Motion to Dismiss on November 20, 2014, at 1:30 p.m.

Discovery in this matter shall be stayed pending a ruling on Defendants' motion to dismiss. However, the parties shall exchange initial disclosures by August 29, 2014. In addition, Defendants shall provide to Plaintiffs the trial transcripts and any publicly available exhibits from *Carnegie Mellon University v. Marvell Technology Group, Ltd.*, No. 09-290 (W.D. Pa.), by August 29, 2014.

**IT IS SO ORDERED.**

Dated: August 6, 2014

_____
LUCY H. KOH
United States District Judge