UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEE VOSS, SEBASTIANO D'ARRIGO, JAMES DIBIASE, and MARIE DIBIASE, on behalf of themselves and all others similarly situated and derivatively on behalf of MARVELL TECHNOLOGY GROUP, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>SEHAT SUTARDJA, JUERGEN GROMER, JOHN G. KASSAKIAN, ARTURO KRUEGER, RANDHIR THAKUR, PANTAS SUTARDJA, WEILI DAI, and DOES 1-20,<br><br>Defendants,<br><br>– and –<br><br>MARVELL TECHNOLOGY GROUP, LTD.,<br><br>Nominal Defendant. | Case Nos.: 14-CV-01581-LHK<br>14-CV-02523-LHK<br>14-CV-03214-LHK<br><br>**ORDER VACATING MOTION HEARING** |

Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for decision without oral argument and hereby VACATES the hearing set for January 22, 2015, at 1:30 p.m.

1

Case Nos.: 14-CV-01581-LHK; 14-CV-02523-LHK; 14-CV-03214-LHK
ORDER VACATING MOTION HEARING

**IT IS SO ORDERED**.

Dated: January 20, 2015

_____
LUCY H. KOH
United States District Judge