UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEE VOSS, SEBASTIANO D'ARRIGO, JAMES DIBIASE, and MARIE DIBIASE, on behalf of themselves and all others similarly situated and derivatively on behalf of MARVELL TECHNOLOGY GROUP, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SEHAT SUTARDJA, JUERGEN GROMER, JOHN G. KASSAKIAN, ARTURO KRUEGER, RANDHIR THAKUR, PANTAS SUTARDJA, WEILI DAI, and DOES 1-20, <br><br> Defendants, <br><br> – and – <br><br> MARVELL TECHNOLOGY GROUP, LTD., <br><br> Nominal Defendant. | Case Nos.: 14-CV-01581-LHK <br>  14-CV-02523-LHK <br>  14-CV-03214-LHK <br><br> **ORDER FOR A RESPONSE** |

In light of Plaintiffs' request for voluntary dismissal of the action without prejudice, ECF No. 71, the Court hereby ORDERS Defendants to file a response by February 25, 2015, at 10:00

1

Case Nos.: 14-CV-01581-LHK; 14-CV-02523-LHK; 14-CV-03214-LHK
ORDER FOR A RESPONSE

a.m. indicating whether Defendants oppose Plaintiffs' request.

**IT IS SO ORDERED.**

Dated: February 23, 2015

_____
LUCY H. KOH
United States District Judge

2

Case Nos.: 14-CV-01581-LHK; 14-CV-02523-LHK; 14-CV-03214-LHK
ORDER FOR A RESPONSE