BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (175783)
fbottini@bottinilaw.com
Yury A. Kolesnikov (271173)
ykolesnikov@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:    (858) 914-2001
Facsimile:     (858) 914-2002

*Lead Counsel for Plaintiffs*

[Additional counsel listed on the signature page of plaintiffs' request for dismissal]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEE VOSS, SEBASTIANO D'ARRIGO, JAMES DIBIASE, and MARIE DIBIASE, on behalf of themselves and all others similarly situated and derivatively on behalf of MARVELL TECHNOLOGY GROUP, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> SEHAT SUTARDJA, JUERGEN GROMER, JOHN G. KASSAKIAN, ARTURO KRUEGER, RANDHIR THAKUR, PANTAS SUTARDJA, WEILI DAI, and DOES 1-20, <br><br> Defendants, <br><br> – and – <br><br> MARVELL TECHNOLOGY GROUP, LTD., <br><br> Nominal Defendant. | Lead Case No. 14-cv-1581-LHK <br><br> (Consolidated with 14-cv-2523-LHK and 14-cv-3214-LHK) <br><br> **[Proposed] Order Granting Plaintiffs' Request for Voluntary Dismissal of Action Without Prejudice Pursuant to Rules 23.1(c) and 41(a)(1) of the Federal Rules of Civil Procedure** <br><br> Judge:  The Honorable Lucy H. Koh |

1   This matter came before this Court on plaintiffs Lee Voss, Sebastiano D'Arrigo,
2 James DiBiase, and Marie DiBiase's (collectively, "Plaintiffs") Request for Voluntary
3 Dismissal Without Prejudice Pursuant to Rules 23.1(c) and 41(a)(1) of the Federal Rules
4 of Civil Procedure.  Having read Plaintiffs' moving papers and the supporting
5 Declaration of Francis A. Bottini, Jr. in Support of Plaintiffs' Request for Voluntary
6 Dismissal, the Court issues the following ruling:
7   IT IS HEREBY ORDERED THAT this action is ordered dismissed without
8 prejudice.   The Clerk shall close the case file.
9   IT IS SO ORDERED.
10 Dated:  February 24, 2015

*Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Judge